# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

### REPORT OF UNCLAIMED FUNDS

| CASE NO | DEBTOR(S) | AMT | CHECK NO | DATE | PAYEE & ADDRESS |
|---|---|---|---|---|---|
| 10-41649 | BILLY & MISTY CROCKER | $ 5.53 | 1256801 | 09-29-15 | BILLY & MISTY CROCKER<br>1401 WYETH DR.<br>GUNTERSVILLE, AL 35976 |
| 10-43622 | LISA NELSON | $494.12 | 1258847 | 11-24-15 | HSBC MORTGAGE SERVICES INC.<br>636 GRAND REGENCY BLVD.<br>BRANDON, FL 33510 |
| 11-42191 | JAMES & MARTHA GURKIN | $ .11 | 1256497 | 09-29-15 | SAND MOUNTAIN ELECTRIC<br>C/O ONLINE COLLECTIONS<br>PO BOX 1489<br>WINTERVILLE, NC |

TOTAL     $ 499.76
DATE:     01-26-2016
Check No: 535687

/s/ Linda B. Gore
**LINDA B. GORE, ESQUIRE**
**STANDING CHAPTER 13 TRUSTEE**
P.O. Box 1338
Gadsden, AL 35902-1338

(256) 546-9262

### CERTIFICATE OF SERVICE

I, Linda B. Gore, Chapter 13 Standing Trustee, do hereby certify that the above document has been filed with the Clerk of the Court and, Leroy A. Cobb, Esquire at cobblawfirm@gmail.com, and Julian Stephens, II, Esquire, at mshogan@cableone.net, on this 26th day of January 2016.

_/s/ Linda B. Gore_
Linda B. Gore, Trustee